September 29, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF KIMBERLY KOENIG AND
CHARLES HEATH KOENIG

NO. 14-16-00369-CV

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on April 14, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant.

We further order this decision certified below for observance.